IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INTERACTIVE MUSIC TECHNOLOGY, LLC | § § § | |
| v. | § § | CIVIL ACTION NO. 6:07-CV-282 |
| ROLAND CORP. U.S., et al | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations, has been presented for consideration (Doc. No. 57). The parties did not file any objections to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings of this Court.

Accordingly, it is **ORDERED** that Defendant Roland's motion to transfer (Doc. No. 19); Defendant Yamaha Corporation of America's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) (Doc. No. 25); and Defendant Open Labs, Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Doc. No. 38) are **GRANTED** pursuant to 28 U.S.C. § 1404(a), and Defendant Roland's motion to dismiss is **DENIED**.

**So ORDERED and SIGNED this 29th day of January, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**